Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00168 AWI/DLB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | New Date: September 24, 2012 |
| SHIRLEY DAVIDSON, et al., | Time: 1 p.m. |
| Defendants. | Crtrm: 9 Hon. D. L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 27, 2012 at 1:00 p.m., may be continued to **September 24, 2012, 1:00 p.m.**

Counsel for defendant Shirley Davidson desires additional time to consult with her client, to review investigation materials and to enable defendant Shirley Davidson to attend the funeral services for her step-father in Patterson, California, Monday,

1

August 27, 2012.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of August 27, 2012 to September 24, 2012, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So stipulated.

Dated: August 22, 2012  /s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Shirley Davidson

Dated: August 22, 2012  /s/ James Homola
JAMES HOMOLA
Attorney for James Davidson

Dated: August 22, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/Grant B. Rabenn
GRANT B. RABENN
Attorneys for the United States.

## ORDER

IT IS SO ORDERED.

Dated: **August 23, 2012**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE