| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | GRANT B. RABENN |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| | Attorneys for the |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00168 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE AND SCHEDULE TRIAL DATE, TO VACATE AND CONTINUE TRIAL CONFIRMATION HEARING, AND TO CONTINUE STATUS CONFERENCE FROM MARCH 25, 2013 TO JULY 22, 2013. |
| v. | |
| SHIRLEY KAY DAVIDSON and JAMES GIULIO DAVIDSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsels, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for the defendant Shirley Kay Davidson, and James R. Homola, counsel for the defendant James Giulio Davidson, that the trial in the above-captioned matter now set for May 29, 2013 shall be vacated and rescheduled for December 10, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the trial confirmation hearing presently scheduled for May 6, 2013 will be vacated and rescheduled to December 2, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the status conference presently scheduled for March 25, 2013 will be vacated and rescheduled to July 22, 2013 at 1:00 p.m.

**FURTHER, IT IS HEREBY STIPULATED** by the above parties that time shall be excluded from the status conference date of May 25, 2013 through the new status conference date of July 22, 2013 based on the need for defense counsel to consult with the defendants, review current charges, conduct

Stipulation and Order for New Trial Date     1

investigation, review discovery and otherwise prepare for trial. Accordingly, the above parties stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

Dated: March 21, 2013
BENJAMIN B. WAGNER
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant Shirley Davidson

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant James Davidson

## ORDER

**IT IS HEREBY ORDERED** that the trial in the above-captioned matter now set for May 29, 2013, shall be vacated and rescheduled for December 10, 2013.

**FURTHER, IT IS HEREBY ORDERED** that the trial confirmation hearing presently scheduled for May 6, 2013 will be vacated and rescheduled to December 2, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the status conference presently scheduled for March 25, 2013 will be vacated and rescheduled to July 22, 2013 at 1:00 p.m.

**FURTHER, IT IS HEREBY ORDERED** that time shall be excluded from the status conference date of March 25, 2013 through the new status conference date of July 22, 2013 based on the need for defense counsel to consult with the defendant, review current charges, conduct investigation, review discovery and otherwise prepare for trial, and thus the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

Stipulation and Order for New Trial Date 2

1  IT IS SO ORDERED.

2  Dated: ___March 22, 2013___   _____
                                  SENIOR DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28